Glenn M. THOMPSON v. Sarah Lieberman THOMPSON, No. 416-79

April 16, 1980. Motion filed by Attorney Bruce M. Lawlor to withdraw as counsel for the appellant is granted.

Billings, J.

STATE of Vermont v. Peter Isaac DIAMONDSTONE, No. 472-79

April 16, 1980. Motion for leave to appeal in forma pauperis and to be provided with a transcript without expense is denied. V.R.A.P. 24(a). Transcript to be ordered by May 16, 1980, V.R.A.P. 10(b), and entry fee to be paid to the clerk of the district court by May 16, 1980, or cause dismissed. V.R.A.P. 3(b).

Don and Barbara WYCKOFF v. Frieda M. SILVERT, No. 24-80

April 16, 1980. Motion to waive the printed case and to proceed on the original record granted. V.R.A.P. 30(e).

Billings, J.

IN RE Richard COOPER, No. 84-80

April 21, 1980. Motion of State Environmental Board to dismiss is denied for lack of standing. Motion of appellee Richard Cooper to dismiss for want of jurisdiction is granted. Appeal dismissed.

STATE of Vermont v. Real AUDET, No. 260-79

April 23, 1980. The district court being without jurisdiction to entertain this action to expunge, the purported judgment of the district court is stricken and the cause dismissed.

John HALVEY, Jr. v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 277-79

April 23, 1980. The motion of Vermont Department of Employment Security to dismiss is denied for lack of standing.

THE HEALTH CENTER v. Earl MONTAGUE, No. 471-79

April 23, 1980. Appellant shall comply with the provisions of V.R.A.P. 10(b) on or before May 9, 1980, or cause dismissed.